THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUST KUHNE, Appellant, *v.* JOSEPH A. BURR, as Justice of the Supreme Court of the State of New York, Respondent.

*People ex rel. Kuhne v. Burr*, 127 App. Div. 907, affirmed.
(Argued June 1, 1909; decided June 15, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1908, which confirmed, on certiorari, the determination of the defendant adjudging the relator guilty of contempt of court.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for appellant.

*Stephen C. Baldwin* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not voting: GRAY, J.